| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>WOLLMAN, ROGER L | 2. Court or Organization<br><br>U.S.C.A.-EIGHTH CIRCUIT | 3. Date of Report<br><br>04/24/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial     ☒ Annual     ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>315 U.S. COURTHOUSE<br>400 S. PHILLIPS AVENUE<br>SIOUX FALLS, SD 57104-6851 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of Attorney (see note in Part VIII) | ▇▇▇▇ Member |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | As a former member of the South Dakota State Judiciary, I have a vested interest in the South Dakota Retirement System. South Dakota (cont'd Part VIII) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOLLMAN, ROGER L | 04/24/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Retirement benefits from S.D. Retirement System | $ 32,342.04 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Cincinnati | April 7-9, Cincinnati, OH, Judging Moot Court Competition (transportation, meals, lodging) |
| 2. | South Dakota State's Attorneys Association | May 11, Deadwood, SD, Delivered remaks at annual meeting (meal) |
| 3. | Kansas City Chapter of the Federalist Society | May 19, Kansas City, MO, Attended reception (paid for cost personally) |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOLLMAN, ROGER L | 04/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOLLMAN, ROGER L | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Unimproved pasture and crop land in Spink County, SD | E | Rent | M | W | | | | | See note in Part VIII |
| 2. Unimproved pasture and crop land in Spink County, SD (own | B | " | K | W | | | | | |
| 3. an undivided 1/5 interest as tenant in common) | | | | | | | | | |
| 4. Undivided 1/5 interest in farmland described immediately | B | " | K | W | | | | | |
| 5. above | | | | | | | | | |
| 6. American Century Investments Select Mutual Fund, IRA | B | Dividend | L | T | | | | | |
| 7. Patronage account in SD Wheatgrowers Ass'n, Tulare, SD | | None | J | T | | | | | |
| 8. Interest in Wisconsin Educators Tax Sheltered Annuity Trust | A | Interest | J | T | | | | | |
| 9. Farm Machinery | | None | J | W | | | | | |
| 10. American Century Investments Select Mutual Fund, IRA | A | Dividend | L | T | | | | | |
| 11. American Century Investments Select Mutual Fund | A | Dividend | K | T | | | | | |
| 12. Accounts, Wells Fargo Bank | A | Interest | K | T | | | | | |
| 13. Vanguard Index Balanced Fund-Mutual Fund | A | Dividend | K | T | | | | | |
| 14. Vanguard 500 Index Fund - Mutual Fund | D | Dividend | N | T | | | | | |
| 15. Vanguard Total Stock Market Index Fund - Mutual Fund | D | Dividend | N | T | | | | | |
| 16. Northwestern Mututal Life Insurance Co.-Whole Life | D | Dividend | L | T | | | | | |
| 17. American United Life Insurance Co.-Whole | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Life | | | | | | | | | |
| 18. Beginning on 4-5-04 I exercised a power of attorney on | | | | | | | | | See note in Part VIII |
| 19. behalf of a family member. The assets covered by the power | | | | | | | | | |
| 20. are as follows (Lines 21-28): | | | | | | | | | |
| 21. Accounts, Bank of the West (formerly known as Community | D | Interest | M | T | | | | | |
| 22. First National Bank) | | | | | | | | | |
| 23. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | | | | | |
| 24. Franklin Templeton Accumulator Mutual Fund | A | Dividend | K | T | | | | | |
| 25. Franklin Templeton Accumulator Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 26. American Century Select Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 27. Undivided 1/5 interest in unimproved Spink Co., SD, farmland | B | Rent | K | W | | | | | |
| 28. Account, Great Western Bank | A | Interest | J | T | | | | | |
| 29. BlackRidge Financial Common | | None | L | T | | | | | |
| 30. Account, Dacotah Bank | D | Interest | M | T | | | | | |
| 31. Accounts, First Dakota National Bank | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Parts I and VII: Investments and Trusts

This power of attorney expired by its own terms on February 18, 2006. Accordingly, neither it nor the assets reported on lines 21 through 28 in Part VII will be shown on future reports.

Part II: Agreements, continued ...

Codified Laws Chapter 3-12. Upon my resignation from the Supreme Court of South Dakota on September 5, 1985, I left my contributions in the System. I began drawing retirement benefits in May 1989. These benefits will continue until my death. Thereafter, ████████ f █ urvives me, will receive one-half of the benefits I was receiving at the time of my death.

Part VII: Investments and Trusts

See Line 1, B.(2): Rent; Gov't Payments (Conservation Reserve Program payments and reimbursement for seed-planting costs)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date *April 24, 2007*

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544